I LaDon Barnes Do hereby file a motion to quash and would ask that my personal information would not be shared with September Productions Inc

X *(signature)*

Docket # 4:16-cv-02920
Comcast file # 786937

24626 Kingston Hill Ln.
Katy TX 77494

United States Courts
Southern District of Texas
FILED
JAN 04 2017
David J. Bradley, Clerk of Court

Date 1-4-17